JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE ITKIN,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>STRYKER CORPORATION, STRYKER SALES CORPORATION, and DOES 1-100, inclusive,<br><br>　　　　Defendants. | CASE NO. 8:13-cv-00012-R-SS<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE AS TO STRYKER CORPORATION AND STRYKER SALES CORPORATION** |

**IT IS HEREBY ORDERED** that the above captioned action by Plaintiff Eugene Itkin is hereby dismissed against defendants Stryker Corporation and Stryker Sales Corporation with prejudice. Each party will bear its own costs of this action.

DATED: October 3, 2013　　　　　　　UNITED STATES DISTRICT COURT

By: _____
　　The Honorable Manuel L. Real

LA/2278658v1　　　　　　　　　　-1-